IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LARRY SCOTT, | § § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 6:21-CV-00172-JDK-JDL |
| v. | § § | |
| TDCJ DIRECTOR, ET AL. | § § § § § | |
| Defendants. | | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Larry Scott, proceeding *pro se* and *in forma pauperis*, filed this civil rights action on May 20, 2020. (Docket No. 1.) Thereafter, Plaintiff filed an amended complaint on October 15, 2020 (Docket No. 17) and a more definite statement on February 2, 2020 (Docket No. 23.) The case was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for the disposition of the action.

On February 15, 2022, Judge Love issued a Report, (Docket No. 41), recommending that Plaintiff's case be dismissed. Specifically, Judge Love recommended that the above-styled civil action be dismissed for failure to state a claim upon which relief may be granted, with prejudice, pursuant to 28 U.S.C. § 1915A(b)(1). *Id*. On February 15, 2022, a copy of this Report was sent to Plaintiff at the address he provided. However, to date, no objections to the Report have been filed.

1

Because objections to Judge Love's Report have not been filed, Plaintiff is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings in this case, and the Report of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (holding that where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.").

Accordingly, it is **ORDERED** that the Report of the United States Magistrate Judge, (Docket No. 41), is **ADOPTED** as the opinion of the Court and the above-styled civil action is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1).

So **ORDERED** and **SIGNED** this **17th** day of **March, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE